127 F.3d 1096
 Robert B. Surrick
v.
Disciplinary Board of Supreme Court of Pennsylvania, John L.
Doherty, Chief Disciplinary Counsel, Thomas A. Leonard,
Patricia S. McGivern, Gerald C. Paris, Michael Witherel,
Robert J. Kerns, Leonard A. Sloane, MAry Watson Carson,
Alfred Marroletti, Stephen T. Saltz, Carolyn 'Raven'
Rudnitsky, Robert N.C. Nix, III, Gregory P. Miller, Duke
Geroge, Jr., William R. Caroselli, Thomas J. Elliott, Angelo
L. Scaricamazza, Jr.
 NO. 97-1140
 United States Court of Appeals,
Third Circuit.
 Aug 21, 1997
 
 Appeal From: E.D.Pa. ,No.97cv00184 ,
 McGlynn, J.
 
 
 1
 Affirmed.